ENDANT                                CHARGE    CAPITAL MURDER

DDRESS   4753 OLD BENT TREE LANE #1004, DALLAS, TX 75287    CAUSE#   380-80449-01
          COLLIN COUNTY JAIL

ESCRIPTION   06/14/73, WM, 5'7, 140, BLK/BRO, TX 01891126    AGENCY/#   DALLAS 863688-J

REST INFORMATION   11/14/00 ON F00-863688

- CAPITAL MURDER

## TRUE BILL OF INDICTMENT

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of Collin County, State of Texas, duly organized at the January Term, A.D., 2001 of the 366th rict Court of said county, in said court at said term, do present that

'AN ABNER CANTU, HEREINAFTER CALLED DEFENDANT

or about the 4TH day of NOVEMBER in the year of our Lord Two Thousand, in said county and –te, did then and there

-tentionally cause the death of an individual, James Mosqueda, by shooting James Mosqueda h a firearm, and the said defendant was then and there in the course of committing and ttempting to commit the offense of robbery of James Mosqueda;

..entionally cause the death of an individual, James Mosqueda, by shooting James Mosqueda ith a firearm, and the said defendant was then and there in the course of committing and empting to commit the offense of burglary of James Mosqueda;

entionally cause the death of an individual, James Mosqueda, by shooting James Mosqueda .th a firearm, and did then and there intentionally cause the death of an individual, Amy itchen, by shooting Amy Kitchen with a firearm, and both murders were committed during the ne criminal transaction;

ainst the peace and dignity of the State.

                                                  Foreman of the Grand Jury

Exhibit D

201